IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00511-WYD-KLM

EUSTAQUIO CONCHAS-BUSTOS,

    Plaintiff,

v.

MATTHEW COLE, individually and in his capacity as a Detective with the City of Golden,
GOLDEN POLICE DEPARTMENT, City of Golden, Colorado,
ROBERT DONALD, an individual, and
TMAAT DENVER METRO, LLC, doing business as Two Men and a Trunk,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Ex Parte Motion to Redact Privacy Information** [#3][1] (the "Motion").  In the Motion Plaintiff requests that Attachment A to the Complaint, [#1] at 30-31, and Attachment B to the Complaint, [#1] at 32, be replaced with redacted versions of these documents pursuant to Fed. R. Civ. P. 5.2. *Motion* [#3] at 1. The Court agrees with Plaintiff that the attachments should have been redacted pursuant to Fed. R. Civ. P. 5.2.  Unfortunately, because the Complaint and its two attachments were filed as one document rather than three documents, it is not possible to simply replace the existing attachments.  As a result, the Complaint and the two redacted versions of the attachments must be refiled on the docket.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#3] is **GRANTED**.

    IT IS FURTHER **ORDERED** that, **on or before March 20, 2015**, Plaintiff shall file the Complaint and the redacted Attachment A and Attachment B on the docket.  The documents shall be filed with the Complaint as one document and each redacted attachment filed as a separate .pdf document that is an attachment to the Complaint.

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

1

IT IS FURTHER **ORDERED** that Plaintiff's refiling of the Complaint and its attachments shall not be treated as an amendment as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). Instead, the Court considers the refiling of the Complaint and its attachments as the correction of a technical error.

IT IS FURTHER **ORDERED** that the Complaint and unredacted attachments [#1] filed erroneously on the docket are **STRICKEN**. To the extent such documents remain accessible on the docket, the Clerk of the Court shall restrict them at Level 1.[2]

Dated:  March 17, 2015

---

[2] Level 1 restricts access to the documents to the Court only.