IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00511-WYD-KLM

EUSTAQUIO CONCHAS-BUSTOS, an individual,

    Plaintiff,

v.

DETECTIVE MATTHEW (aka MATT) COLE, individually, and in his capacity as a Detective with the CITY OF GOLDEN;
GOLDEN POLICE DEPARTMENT, CITY OF GOLDEN, Colorado;
ROBERT DONALD, an individual; and
TMAAT Denver Metro, LLC, dba TWO MEN AND A TRUCK,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant Matthew Cole's and Golden Police Department's Unopposed Motion for Leave to File Brief of Greater Length filed May 22, 2015 (ECF No. 29) is **GRANTED**. The motion to dismiss filed by these Defendants that exceeds the Court's page limits (ECF No. 30) is accepted for filing.

    Dated:  May 28, 2015.