IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00511-WYD-KLM

EUSTAQUIO CONCHAS-BUSTOS, an individual,

    Plaintiff,

v.

DETECTIVE MATTHEW (aka MATT) COLE, individually, and in his capacity as a Detective with the CITY OF GOLDEN;
GOLDEN POLICE DEPARTMENT, CITY OF GOLDEN, Colorado;
ROBERT DONALD, an individual; and
TMAAT Denver Metro, LLC, dba TWO MEN AND A TRUCK,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice Against All Defendants Pursuant to F.R.C.P. 41(a)(1)(A)(i) filed on June 17, 2015 (ECF No. 37), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  July 31, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge